1  Dennis B. Kass (State Bar No. 137263)
     *dbk@manningllp.com*
2  Richard G. Garcia (State Bar No. 198185)
     *rgg@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile:  (213) 624-6999
6

7  Attorneys for Defendant
   WINDSOR FASHIONS, INC.

8

9
                    **UNITED STATES DISTRICT COURT**
10
         **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
11

12

13  SON KIM, an individual,                    Case No. 3:16-cv-01921-JD

14              Plaintiff,                     **STIPULATION AND [PROPOSED]**
                                               **ORDER TO DISMISS CASE**
15      v.

16  WINDSOR FASHIONS, INC., a California
    Corporation, and Does 1 through 20.
17
                Defendants.
18

19

20

21

22

23

24  TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD HEREIN:

25         IT IS HEREBY STIPULATED AND AGREED by and among the parties, through

26  their attorneys of record, that this action shall be dismissed with prejudice pursuant to Rule

27  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs

28  and fees.

                                                1                    Case No. 3:16-cv-01921-JD
                       **STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE**

I agree to and accept the foregoing stipulation.

DATED: April 12, 2017

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ *Richard G. Garcia, Esq.*
Richard G. Garcia Esq.

121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone: (415) 217-6990
Facsimile: (415) 217-6999
Email: rgg@manningllp.com

Attorneys for Defendant
WINDSOR FASHIONS, INC.

I agree to and accept the foregoing stipulation.

DATED: April 12, 2017

**CARLSON LYNCH SWEET & KILPELA, LLP**

By: /s/ Todd Carpenter, Esq.
Todd Carpenter, Esq.

402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (412) 322-9243
Facsimile: (412) 231-0245
Email: tcarpenter@carlsonlynch.com

Attorneys for Plaintiff
SON KIM

ORDER

Pursuant to the Stipulation of the parties, this matter is hereby deemed DISMISSED with prejudice.

Dated: __April 18, 2017__ .



HON. JAMES DONATO
UNITED STATES
APPROVED
Judge James Donato

4820-3620-2566, v. 1